[L. A. No. 4279. In Bank.—February 25, 1919.]

PACIFIC WHARF & STORAGE COMPANY (a Corporation), Respondent, v. COUNTY OF LOS ANGELES (a Municipal Corporation), Appellant.

[L. A. No. 4317. In Bank.—February 25, 1919.]

PACIFIC WHARF & STORAGE COMPANY (a Corporation), Respondent, v. COUNTY OF LOS ANGELES (a Municipal Corporation), Appellant.

[1] TAXATION—LEASEHOLD INTERESTS—STATE TIDE-LANDS.—A leasehold interest in tide and submerged lands owned by the state is subject to assessment and taxation under the revenue laws thereof.

APPEALS from judgments of the Superior Court of Los Angeles County. John W. Shenk and Leslie R. Hewitt, Judges. Reversed.

The facts are stated in the opinion of the court.

A. J. Hill, County Counsel, and Roy V. Peppy, Assistant County Counsel, for Appellant.

Goodwin & Morgrage for Respondent.

THE COURT.—Plaintiff in both actions is lessee of certain tide-lands belonging to the state and situated in the county of Los Angeles, which assessed the leasehold and levied a tax thereon. Plaintiff paid the tax under protest, and in due time sued to recover the same.

Judgment went for plaintiff, from which defendant has appealed.

[1] The sole question involved is whether a leasehold interest in tide and submerged lands owned by the state is subject to assessment and taxation under the revenue laws thereof. The subject is fully discussed and answered in the affirmative by what is said in the opinion in the case of *San Pedro, Los Ángeles & Salt Lake R. R. Co.* v. *City of Los Angeles, ante,* p. 18, [179 Pac. 393], which involved a like

question.   Upon the authority thereof, the judgments in both cases are reversed.   .

Victor E. Shaw, J., *pro tem.*, Sloss, J., Wilbur, J., Richards, J., *pro tem.*, and Angellotti, C. J., concurred.